COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-15-00365-CR |
|  | § |  |
| State, | § | Appeal from the |
|  | § |  |
| v. | § | Criminal District Court No. 1 |
|  | § |  |
| STEVEN LEON, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 20110D04233) |
|  | § |  |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **June 12, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before June 12, 2016.

IT IS SO ORDERED this 29th day of April, 2016.


PER CURIAM


Before McClure, CJ, Rodriguez, and Hughes, JJ.